CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ERIK HOOFNAGLE,** | Case No.: 3:20-cv-01657-AR |
| **PLAINTIFF,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **BRENT M. TAYLOR, an individual; CITY OF PORTLAND, a municipal corporation; SGT. KYLE SMITH, an individual; MULTNOMAH COUNTY, a political subdivision of the State of Oregon; and DOE #1-3, unknown individuals,** | |
| **DEFENDANTS.** | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

///

///

///

Page 1 –  NOTICE OF SETTLEMENT

Dated: January 19, 2023

                                    Respectfully submitted,

                                    */s/ Caroline Turco*
                                    CAROLINE TURCO
                                    OSB No. 083813
                                    Senior Deputy City Attorney
                                    Telephone: (503) 823-4047
                                    *Of Attorneys for Defendant City of Portland*

Page 2 – NOTICE OF SETTLEMENT